■ WEST DEVELOPMENT JOINT VENTURE, Respondent, v JESSE THOMPSON, INC., et al., Appellants. [670 NYS2d 651] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Stander, J. (Appeal from Order of Supreme Court, Monroe County, Stander, J.—Summary Judgment.) Present—Denman, P. J., Lawton, Wisner, Balio and Fallon, JJ.

■ In the Matter of CRYSTAL A., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; LASOGNA A., Appellant. [670 NYS2d 650] —Order unanimously affirmed without costs for reasons stated in decision at Erie County Family Court, Rosa, J. (Appeal from Order of Erie County Family Court, Rosa, J.—Terminate Parental Rights.) Present— Denman, P. J., Lawton, Wisner, Balio and Fallon, JJ.